# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC<br>　　　　Plaintiff,<br>v.<br><br>OVERHEAD DOOR CORPORATION and<br>GMI HOLDINGS INC.,<br><br>　　　　Defendants. | Case No. 2:21-cv-0084-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION

Plaintiff The Chamberlain Group LLC ("Chamberlain") and Defendants Overhead Door Corporation and GMI Holdings Inc. ("Overhead Door") hereby stipulate to the following:

- The Chamberlain Group LLC owns all rights to the Patents-in-Suit.

Date:  February 24, 2022

By:

Respectfully submitted,

*/s/ Benjamin C. Elacqua*
Ruffin Cordell
cordell@fr.com
Texas Bar Number 04820550
Daniel Gopenko
Virginia Bar Number 83932
gopenko@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave SW, Suite 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile: 202-783-2331

Benjamin C. Elacqua
Texas Bar Number 24055443
elacqua@fr.com
Kathryn Quisenberry
Texas Bar Number 24105639
quisenberry@fr.com
**FISH & RICHARDSON P.C.**

1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Aamir A. Kazi
Georgia Bar Number 104235
kazi@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309
Telephone: (404) 724-2811

Jared A. Smith *(Pro Hac Vice)*
California Bar Number 306576
jasmith@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070

Melissa Smith
Texas Bar Number 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

**COUNSEL FOR PLAINTIFF THE CHAMBERLAIN GROUP LLC**

*/s/ David K. Callahan*
David K. Callahan
IL Bar No. 6206671
Kenneth G. Schuler
 IL Bar No. 6226036
Marc N. Zubick
IL Bar No. 6308239
Raj Patel
IL Bar No. 6321274
**LATHAM & WATKINS LLP**
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611

2

Telephone: (312) 876-7700
Fax: (312) 993-9767
kenneth.schuler@lw.com
david.callahan@lw.com
marc.zubick@lw.com
raj.patel@lw.com

S. Giri Pathmanaban
TX Bar No. 24074865
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Fax: (650) 463-2600
giri.pathmanaban@lw.com

Susan Y. Tull
D.C. Bar No. 992644
Gabriel K. Bell
D.C. Bar No. 987112
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201
susan.tull@lw.com
gabriel.bell@lw.com

Bradley A. Hyde
CA Bar No. 301145
**LATHAM & WATKINS LLP**
650 Town Center Dr., 20th Floor
Costa Mesa, CA 92843
Telephone: (714) 755-8041
Fax: (714) 755-8290
bradley.hyde@lw.com

Stephen A. Maniscalco
NY Bar No. 5387063
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Fax: (212) 751-4864
stephen.maniscalco@lw.com

>Michael C. Smith
>TX Bar No. 18650410
>**SCHEEF & STONE, LLP**
>113 East Austin Street
>Marshall, TX 75670
>Telephone: (903) 938-8900
>michael.smith@solidcounsel.com
>Scott W. Breedlove
>TX Bar No. 00790361
>Nathan Cox
>TX Bar No. 24105751
>**CARTER ARNETT PLLC**
>8150 N. Central Expy, 5th Floor
> Dallas, TX 75206
>Telephone (214) 550-8188
>Fax: (214) 550-8185
>sbreedlove@carterarnett.com
>ncox@carterarnett.com
>
>**ATTORNEYS FOR DEFENDANTS OVERHEAD DOOR CORPORATION AND GMI HOLDINGS INC.**

### **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for the parties met and conferred on February 24, 2022 and are in agreement with the content of the Notice.

>*/s/Benjamin C. Elacqua*
>Benjamin C. Elacqua

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all counsel of record via ECF on this 24[h] day of February, 2022.

>*/s/Benjamin C. Elacqua*
>Benjamin C. Elacqua

4