# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00084-JRG |
| § | |
| OVERHEAD DOOR CORPORATION, GMI § | |
| HOLDINGS INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is Defendants Overhead Door Corporation's and GMI Holding Inc.'s (collectively, "Defendants") Unopposed Motion to Change Lead Counsel (the "Motion"). (Dkt. No. 321). In the Motion, Defendants seek to substitute to David K. Callahan as lead counsel in place of Kenneth G. Schuler.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. The Clerk of Court is directed to designate David K. Callahan as lead counsel in the above-captioned case.

**So ORDERED and SIGNED this 25th day of February, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE