UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC<br>       Plaintiff,<br>v.<br><br>OVERHEAD DOOR CORPORATION and<br>GMI HOLDINGS INC.,<br><br>       Defendants. | Case No. 2:21-cv-0084-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION

Plaintiff The Chamberlain Group LLC ("Chamberlain") and Defendants Overhead Door Corporation and GMI Holdings Inc. ("Overhead Door") hereby stipulate to the following, which replaces Uncontested Fact No. (5) in the parties' Joint Pretrial Order (Dkt.302):

- The Chamberlain Group LLC is a limited liability company organized under the laws of the State of Delaware, with its principal place of business at 300 Windsor Drive, Oak Brook, Illinois 60523.

Date:  March 3, 2022

By:

Respectfully submitted,

*/s/ Benjamin C. Elacqua*
Ruffin Cordell
cordell@fr.com
Texas Bar Number 04820550
Daniel Gopenko
Virginia Bar Number 83932
gopenko@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave SW, Suite 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile: 202-783-2331

Benjamin C. Elacqua
Texas Bar Number 24055443
elacqua@fr.com
Kathryn Quisenberry
Texas Bar Number 24105639
quisenberry@fr.com
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Aamir A. Kazi
Georgia Bar Number 104235
kazi@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309
Telephone: (404) 724-2811

Jared A. Smith *(Pro Hac Vice)*
California Bar Number 306576
jasmith@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070

Melissa Smith
Texas Bar Number 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

**COUNSEL FOR PLAINTIFF THE CHAMBERLAIN GROUP LLC**


*/s/ David K. Callahan*
David K. Callahan
IL Bar No. 6206671
Kenneth G. Schuler
 IL Bar No. 6226036

Marc N. Zubick
IL Bar No. 6308239
Raj Patel
IL Bar No. 6321274
**LATHAM & WATKINS LLP**
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Fax: (312) 993-9767
kenneth.schuler@lw.com
david.callahan@lw.com
marc.zubick@lw.com
raj.patel@lw.com

S. Giri Pathmanaban
TX Bar No. 24074865
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Fax: (650) 463-2600
giri.pathmanaban@lw.com

Susan Y. Tull
D.C. Bar No. 992644
Gabriel K. Bell
D.C. Bar No. 987112
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201
susan.tull@lw.com
gabriel.bell@lw.com

Bradley A. Hyde
CA Bar No. 301145
**LATHAM & WATKINS LLP**
650 Town Center Dr., 20th Floor
Costa Mesa, CA 92843
Telephone: (714) 755-8041
Fax: (714) 755-8290
bradley.hyde@lw.com

Stephen A. Maniscalco
NY Bar No. 5387063

Case 2:21-cv-00084-JRG   Document 343   Filed 03/03/22   Page 3 of 5 PageID #: 12681

3

        **LATHAM & WATKINS LLP**
        1271 Avenue of the Americas
        New York, NY 10020
        Telephone: (212) 906-1200
        Fax: (212) 751-4864
        stephen.maniscalco@lw.com

        Michael C. Smith
        TX Bar No. 18650410
        **SCHEEF & STONE, LLP**
        113 East Austin Street
        Marshall, TX 75670
        Telephone: (903) 938-8900
        michael.smith@solidcounsel.com
        Scott W. Breedlove
        TX Bar No. 00790361
        Nathan Cox
        TX Bar No. 24105751
        **CARTER ARNETT PLLC**
        8150 N. Central Expy, 5th Floor
        Dallas, TX 75206
        Telephone (214) 550-8188
        Fax: (214) 550-8185
        sbreedlove@carterarnett.com
        ncox@carterarnett.com

        **ATTORNEYS FOR DEFENDANTS**
        **OVERHEAD DOOR CORPORATION**
        **AND GMI HOLDINGS INC.**

<u>**CERTIFICATE OF CONFERENCE**</u>

      The undersigned hereby certifies that counsel for the parties met and conferred on March 3, 2022 and are in agreement with the content of the Stipulation.

                                      */s/ Benjamin C. Elacqua*
                                      Benjamin C. Elacqua

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all counsel of record via ECF on this 3rd day of March, 2022.

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua
