## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC | § |
| | § |
| v. | § CIVIL ACTION NO. 2:21-CV-00084-JRG |
| | § |
| OVERHEAD DOOR CORPORATION, et al | § |

### MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### March 7, 2022

**OPEN:** 09:21 AM                                                                         **ADJOURN:**   05:24 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Cason Cole<br>Tom Derbish<br>Katie Albanese |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 09:21 AM | Court opened. Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:33 AM | Court asked for announcements from the parties. |
| 09:33 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:42 AM | Prospective Jurors began introduction of themselves. |
| 10:08 AM | Court provided additional instructions to Jury Pool. |
| 10:12 AM | *Voir dire* on behalf of Plaintiff by Ms. Smith. |
| 10:42 AM | *Voir dire* on behalf of Defendants by Mr. Carter. |
| 11:11 AM | Bench conference with counsel. |
| 11:13 AM | Bench conference completed. |
| 11:13 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of jurors recessed. |
| 11:14 AM | Remainder of jurors recessed. |

| TIME | MINUTES |
|---|---|
| 11:16 AM | Counsel approached bench. |
| 11:16 AM | Strike conference began with specifically named juror(s). |
| 11:26 AM | Strike conference concluded. Attorneys excused to exercise strikes. |
| 11:26 AM | Recess. |
| 11:55 AM | Court reconvened. |
| 11:55 AM | Instructions given by the Court. Jurors selected. Remainder of Jury Pool excused. |
| 12:01 PM | Jurors sworn. Additional instructions given by the Court. |
| 12:17 PM | Jury recessed for lunch. |
| 12:18 PM | Court recessed for lunch. |
| 01:16 PM | Court reconvened. |
| 01:17 PM | Jury returned to courtroom. |
| 01:18 PM | Court gave preliminary instructions to the Jury. Jurors were provided notebooks. |
| 02:04 PM | Plaintiff's opening statement by Mr. Cordell. |
| 02:35 PM | Defendants' opening statement by Mr. Callahan. |
| 03:04 PM | Opening statements concluded. |
| 03:05 PM | Plaintiff invoked the rule; does not include expert witnesses. |
| 03:06 PM | Witness sworn. Direct examination of Mr. James Fitzgibbon by Mr. Elacqua. |
| 03:25 PM | Jury recessed for break. |
| 03:26 PM | Recess. |
| 03:40 PM | Court reconvened. |
| 03:41 PM | Jury returned to courtroom. |
| 03:42 PM | Direct examination of Mr. James Fitzgibbon by Mr. Elacqua, continued. |
| 04:13 PM | Bench conference. |
| 04:14 PM | Bench conference concluded. |
| 04:15 PM | Cross examination of Mr. James Fitzgibbon by Mr. Carter. |
| 04:23 PM | Bench conference. |
| 04:24 PM | Bench conference concluded. |
| 04:24 PM | Cross examination of Mr. James Fitzgibbon by Mr. Carter, continued. |
| 05:00 PM | Bench conference. |
| 05:03 PM | Bench conference concluded. |
| 05:03 PM | Cross examination of Mr. James Fitzgibbon by Mr. Carter, continued. |
| 05:13 PM | Redirect examination of Mr. James Fitzgibbon by Mr. Elacqua. |
| 05:16 PM | Recross examination of Mr. James Fitzgibbon by Mr. Carter. |
| 05:16 PM | Witness excused. |
| 05:17 PM | Bench conference. |
| 05:18 PM | Bench conference concluded. |
| 05:20 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 05:23 PM | Court reminded parties to continue with their meet and confer efforts re: disputes and to advise Court staff re: same. If the parties have unresolved issues, the Court will be available in chambers at 7:30 AM tomorrow morning to meet with counsel to address same. |
| 05:24 PM | Court adjourned. |