## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00084-JRG |
| § | |
| OVERHEAD DOOR CORPORATION, et al § | |

### MINUTES FOR JURY TRIAL DAY NO. 2
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### March 8, 2022

**OPEN:  08:36 AM**                                                              **ADJOURN:   06:05 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Cason Cole<br>Tom Derbish<br>Katie Albanese |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 08:36 AM | Court opened. |
| 08:36 AM | Exhibits used prior day read into the record. |
| 08:38 AM | Discussion re: demonstrative exhibit. |
| 08:41 AM | Jury entered the courtroom. |
| 08:41 AM | Witness sworn.  Direct examination of Ms. Barbara Kelkhoff by Ms. Smith. |
| 09:16 AM | Cross examination of Ms. Barbara Kelkhoff by Mr. Carter. |
| 09:34 AM | Bench conference. |
| 09:35 AM | Bench conference concluded. |
| 09:35 AM | Cross examination of Ms. Barbara Kelkhoff by Mr. Carter, continued. |
| 09:57 AM | Redirect examination of Ms. Barbara Kelkhoff by Ms. Smith. |
| 10:01 AM | Recross examination of Ms. Barbara Kelkhoff by Mr. Carter. |
| 10:09 AM | Witness excused. |
| 10:09 AM | Jury recessed for break. |

| TIME | MINUTES |
|---|---|
| 10:10 AM | Recess. |
| 10:23 AM | Court reconvened. |
| 10:24 AM | Jury returned to courtroom. |
| 10:25 AM | Witness sworn.  Direct examination of Mr. Edward Laird by Ms. Chen. |
| 11:04 AM | Cross examination of Mr. Edward Laird by Mr. Carter. |
| 11:07 AM | Bench conference. |
| 11:07 AM | Bench conference concluded. |
| 11:07 AM | Cross examination of Mr. Edward Laird by Mr. Carter, continued. |
| 11:36 AM | Bench conference. |
| 11:38 AM | Bench conference concluded. |
| 11:38 AM | Cross examination of Mr. Edward Laird by Mr. Carter, continued. |
| 11:40 AM | Redirect examination of Mr. Edward Laird by Ms. Chen. |
| 11:51 AM | Recross examination of Mr. Edward Laird by Mr. Carter. |
| 11:57 AM | Additional redirect examination of Mr. Edward Laird by Ms. Chen. |
| 11:58 AM | Witness excused. |
| 11:59 AM | Jury recessed for lunch break. |
| 11:59 AM | Recess. |
| 01:02 PM | Court reconvened. |
| 01:02 PM | Jury returned to courtroom. |
| 01:03 PM | Court addressed jury note received re: face shields. |
| 01:04 PM | Witness sworn.  Direct examination of Mr. Leroy Krupke (adverse witness) by Mr. Cordell. |
| 01:41 PM | Bench conference. |
| 01:42 PM | Bench conference concluded. |
| 01:42 PM | Cross examination of Mr. Leroy Krupke (adverse witness) by Mr. Callahan. |
| 02:13 PM | Bench conference. |
| 02:19 PM | Bench conference concluded. |
| 02:19 PM | Cross examination of Mr. Leroy Krupke (adverse witness) by Mr. Callahan, continued. |
| 02:25 PM | Redirect examination of Mr. Leroy Krupke (adverse witness) by Mr. Cordell. |
| 02:32 PM | Completion of testimony of Mr. Leroy Krupke. |
| 02:33 PM | Jury recessed for afternoon break. |
| 02:33 PM | Recess. |
| 02:49 PM | Court reconvened. |
| 02:50 PM | Jury returned to courtroom. |
| 02:50 PM | Witness sworn.  Direct examination of Mr. Brent Rauscher (adverse witness) by Mr. Elacqua. |
| 03:02 PM | **Courtroom sealed.** |
| 03:03 PM | Direct examination of Mr. Brent Rauscher (adverse witness) by Mr. Elacqua, continued. |
| 03:26 PM | **Courtroom unsealed.** |
| 03:26 PM | Cross examination of Mr. Brent Rauscher (adverse witness) by Mr. Pathnamaban. |
| 03:51 PM | Redirect examination of Mr. Brent Rauscher (adverse witness) by Mr. Elacqua. |
| 04:00 PM | Witness excused. |
| 04:01 PM | Witness sworn.  Direct examination of Dr. John Villasenor by Mr. Gopenko. |

| TIME | MINUTES |
|---|---|
| 04:32 PM | Jury recessed for late afternoon break. |
| 04:33 PM | Recess. |
| 04:49 PM | Court reconvened. |
| 04:49 PM | Jury returned to courtroom. |
| 04:50 PM | Direct examination of Dr. John Villasenor by Mr. Gopenko, continued. |
| 05:38 PM | Objection raised. |
| 05:38 PM | Jury returned to jury room. |
| 05:39 PM | Court took up objection outside presence of Jury. |
| 05:50 PM | Jury returned to courtroom. |
| 05:50 PM | Direct examination of Dr. John Villasenor by Mr. Gopenko, continued. |
| 06:02 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 06:04 PM | Court reminded parties to continue with their meet and confer efforts re: disputes and to advise Court staff re: same.  If the parties have unresolved issues, the Court will be available in chambers at 7:30 AM tomorrow morning to meet with counsel to address same. |
| 06:05 PM | Court adjourned. |