# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00084-JRG |
| § | |
| OVERHEAD DOOR CORPORATION, et al § | |

## MINUTES FOR JURY TRIAL DAY NO. 3
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### March 9, 2022

**OPEN:** 08:27 AM                                                                                              **ADJOURN:**   05:40 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Cason Cole<br>Tom Derbish<br>Katie Albanese |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 08:27 AM | Court opened. |
| 08:27 AM | Exhibits used prior day read into the record. |
| 08:34 AM | Jury entered the courtroom. |
| 08:35 AM | Direct examination of Dr. John Villasenor by Mr. Gopenko, continued. |
| 08:51 AM | Cross examination of Dr. John Villasenor by Mr. Callahan. |
| 09:25 AM | Bench conference |
| 09:26 AM | Bench conference concluded. |
| 09:26 AM | Cross examination of Dr. John Villasenor by Mr. Callahan, continued. |
| 09:47 AM | Redirect examination of Dr. John Villasenor by Mr. Gopenko. |
| 09:57 AM | Recross examination of Dr. John Villasenor by Mr. Callahan. |
| 10:01 AM | Witness excused. |
| 10:01 AM | Jury recessed for break. |

| TIME | MINUTES |
|---|---|
| 10:03 AM | Court instructed counsel to meet and confer and submit by noon tomorrow by email to Court staff an updated joint proposed final jury instructions and verdict form (in Word format). |
| 10:04 AM | Recess. |
| 10:20 AM | Court reconvened. |
| 10:20 AM | Court heard argument re: exhibit disputes and made rulings thereon. |
| 10:27 AM | Jury returned to courtroom. |
| 10:27 AM | Witness sworn.  Direct examination of Mr. Steve Janas (adverse witness) by Mr. Elacqua. |
| 10:48 AM | Cross examination of Mr. Steve Janas (adverse witness) by Mr. Smith. |
| 10:54 AM | Redirect examination of Mr. Steve Janas (adverse witness) by Mr. Elacqua. |
| 11:01 AM | Witness excused. |
| 11:01 AM | Ms. Smith introduced the video deposition of Mr. Kenneth Delaney, Jr. |
| 11:13 AM | Video deposition of Mr. Kenneth Delaney, Jr. concluded. |
| 11:13 AM | Ms. Smith introduced the video deposition of Ms. Pamela McMeen. |
| 12:05 PM | Video deposition of Ms. Pamela McMeen concluded. |
| 12:06 PM | Jury recessed for lunch break. |
| 12:06 PM | Recess. |
| 01:42 PM | Court reconvened. |
| 01:42 PM | Jury returned to courtroom. |
| 01:43 PM | Witness sworn.  Direct examination of Mr. Thomas Britven by Ms. Chen. |
| 02:32 PM | Bench conference. |
| 02:35 PM | Bench conference concluded. |
| 02:35 PM | Cross examination of Mr. Thomas Britven by Ms. Tull. |
| 02:57 PM | Bench conference. |
| 02:59 PM | Bench conference concluded. |
| 02:59 PM | Cross examination of Mr. Thomas Britven by Ms. Tull, continued. |
| 03:06 PM | Redirect examination of Mr. Thomas Britven by Ms. Chen. |
| 03:16 PM | Bench conference. |
| 03:18 PM | Bench conference concluded. |
| 03:18 PM | Redirect examination of Mr. Thomas Britven by Ms. Chen, continued. |
| 03:24 PM | Bench conference. |
| 03:28 PM | Bench conference concluded. |
| 03:28 PM | Recross examination of Mr. Thomas Britven by Ms. Tull. |
| 03:31 PM | Additional redirect examination of Mr. Thomas Britven by Ms. Chen. |
| 03:32 PM | Witness excused. |
| 03:32 PM | Plaintiff rested its case-in-chief. |
| 03:33 PM | Jury recessed for afternoon break. |
| 03:33 PM | Recess. |
| 03:50 PM | Court reconvened. |
| 03:50 PM | Jury returned to courtroom. |
| 03:51 PM | Witness sworn.  Direct examination of Dr. Stephen Leeb by Mr. Pathnamaban. |
| 04:16 PM | Bench conference. |
| 04:19 PM | Bench conference concluded. |
| 04:19 PM | Direct examination of Dr. Stephen Leeb by Mr. Pathnamaban, continued. |

| TIME | MINUTES |
|---|---|
| 04:58 PM | Objection raised. |
| 04:58 PM | Jury returned to jury room. |
| 04:58 PM | Court took up objection outside presence of jury. |
| 05:02 PM | Jury returned to courtroom. |
| 05:03 PM | Direct examination of Dr. Stephen Leeb by Mr. Pathnamaban, continued. |
| 05:07 PM | Bench conference. |
| 05:09 PM | Bench conference concluded. |
| 05:09 PM | Direct examination of Dr. Stephen Leeb by Mr. Pathnamaban, continued. |
| 05:34 PM | Bench conference. |
| 05:35 PM | Bench conference concluded. |
| 05:37 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 05:40 PM | Court adjourned. |