# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC | § |
| | § |
| v. | § CIVIL ACTION NO. 2:21-CV-00084-JRG |
| | § |
| OVERHEAD DOOR CORPORATION, et al | § |

## MINUTES FOR JURY TRIAL DAY NO. 4
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### March 10, 2022

**OPEN:** 08:28 AM                                                **ADJOURN:** 04:36 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Cason Cole<br>Tom Derbish<br>Katie Albanese |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 08:28 AM | Court opened. |
| 08:30 AM | Exhibits used prior day read into the record by counsel for Plaintiff. Objection raised. Court CARRIED ruling. |
| 08:33 AM | Jury entered the courtroom. |
| 08:34 AM | Direct examination of Dr. Steven Leeb by Mr. Pathnamaban, continued. |
| 08:40 AM | Bench conference. |
| 08:44 AM | Bench conference concluded. |
| 08:44 AM | Direct examination of Dr. Steven Leeb by Mr. Pathnamaban, continued. |
| 09:13 AM | Cross examination of Dr. Steven Leeb by Mr. Cordell. |
| 09:52 AM | **Courtroom sealed.** |
| 09:53 AM | Cross examination of Dr. Steven Leeb by Mr. Cordell, continued. |
| 10:02 AM | **Courtroom unsealed.** |
| 10:02 AM | Cross examination of Dr. Steven Leeb by Mr. Cordell, continued. |

| TIME | MINUTES |
|---|---|
| 10:11 AM | Jury recessed for break. |
| 10:12 AM | Recess. |
| 10:26 AM | Court reconvened. |
| 10:27 AM | Jury returned to courtroom. |
| 10:28 AM | Cross examination of Dr. Steven Leeb by Mr. Cordell, continued. |
| 10:43 AM | **Courtroom sealed.** |
| 10:44 AM | Cross examination of Dr. Steven Leeb by Mr. Cordell, continued. |
| 10:46 AM | **Courtroom unsealed.** |
| 10:46 AM | Cross examination of Dr. Steven Leeb by Mr. Cordell, continued. |
| 11:05 AM | Redirect examination of Dr. Steven Leeb by Mr. Pathnamaban. |
| 11:15 AM | Recross examination of Dr. Steven Leeb by Mr. Cordell. |
| 11:20 AM | Witness excused. |
| 11:20 AM | Witness sworn.  Direct examination of Dr. Joshua Phinney by Mr. Pathnamaban. |
| 11:55 AM | Bench conference. |
| 11:56 AM | Bench conference concluded. |
| 11:56 AM | Jury recessed for lunch break. |
| 11:59 AM | Recess. |
| 12:45 PM | Court reconvened. |
| 12:45 PM | Court addressed previously CARRIED exhibit issue.  Counsel for Defendants read into the record exhibits used prior day. |
| 12:48 PM | Jury returned to courtroom. |
| 12:49 PM | Cross examination of Dr. Joshua Phinney by Ms. Chen. |
| 01:21 PM | Redirect examination of Dr. Joshua Phinney by Mr. Pathnamaban. |
| 01:26 PM | Witness excused. |
| 01:27 PM | Witness sworn.  Direct examination of Mr. Michael Tate by Ms. Tull. |
| 02:26 PM | Jury recessed for afternoon break. |
| 02:26 PM | Recess. |
| 02:43 PM | Court reconvened. |
| 02:44 PM | Jury returned to courtroom. |
| 02:45 PM | Cross examination of Mr. Michael Tate by Mr. Elacqua. |
| 03:10 PM | Bench conference. |
| 03:11 PM | Bench conference concluded. |
| 03:11 PM | Cross examination of Mr. Michael Tate by Mr. Elacqua, continued. |
| 03:15 PM | Redirect examination of Mr. Michael Tate by Ms. Tull. |
| 03:20 PM | Recross examination of Mr. Michael Tate by Mr. Elacqua. |
| 03:21 PM | Witness excused. |
| 03:22 PM | Defendants rested its case-in-chief. |
| 03:22 PM | Plaintiff offered no rebuttal witnesses. |
| 03:22 PM | Both sides rested. |
| 03:22 PM | Court provided instructions to jury.  Jury excused for the remainder of the day to return tomorrow at 8:30 AM. |
| 03:25 PM | Jury excused until tomorrow morning at 8:30 AM. |
| 03:25 PM | Court will take up Rule 50(a) motions following recess. |
| 03:26 PM | Recess. |
| 03:43 PM | Court reconvened. |

| TIME | MINUTES |
|---|---|
| 03:44 PM | Court to take up Rule 50(a) motions. |
| 03:44 PM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 03:50 PM | Court began hearing argument on Rule 50(a) motions. |
| 03:49 PM | Mr. Flanz and Ms. Quisenberry presented argument on behalf of the Plaintiff.  Mr. Callahan presented argument on behalf of the Defendants.  Court made rulings on Rule 50(a) motions as set forth in the record. |
| 04:34 PM | Completion of Rule 50(a) motions hearing. |
| 04:34 PM | Informal charge conference will begin in chambers after recess (off the record). |
| 04:36 PM | Formal charge conference will be held tomorrow (on the record) |
| 04:36 PM | Recess. |
| 04:36 PM | Court adjourned. |