IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| THE CHAMBERLAIN GROUP LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00084-JRG |
| OVERHEAD DOOR CORPORATION, GMI HOLDINGS INC., | § § § § | |
| *Defendants.* | § § § | |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "**Plaintiff**" or "**Chamberlain**" refers to The Chamberlain Group LLC
- "**Defendants**" refers collectively to Overhead Door Corporation and GMI Holdings Inc.
- The "**'404 Patent**" refers to U.S. Patent No. 8,587,404.
- The "**'416 Patent**" refers to U.S. Patent No. 9,644,416.
- The "**'011 Patent**" refers to U.S. Patent No. 8,144,011.
- The "**Patents-in-Suit**" refers collectively to the '404 Patent, the '416 Patent, and the '011 Patent.
- The "**Asserted Claims**" refers collectively to Claim 11 of the '404 Patent, Claim 13 of the '416 Patent, and Claim 1 of the '011 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

## QUESTION NO. 1

Did Chamberlain, the Plaintiff, prove by a preponderance of the evidence that Defendants infringed **ANY** of the following Asserted Claims?

    Claim 11 of the '404 Patent:    Yes: _____    No: ✓

    Claim 13 of the '416 Patent:    Yes: _____    No: ✓

    Claim 1 of the '011 Patent:    Yes: _____    No: ✓

## QUESTION NO. 2

Did Defendants prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

For each claim below, please answer "Yes" or "No".

Claim 11 of the '404 Patent:        Yes: ✓        No: _____

Claim 1 of the '011 Patent:         Yes: ✓        No: _____

**If you answered "NO" to Question No. 1, *OR* "YES" to ALL Asserted Claims in Question No. 2, then DO NOT answer Question No. 3.**

**Answer Question No. 3 ONLY as to any Asserted Claim that you have found BOTH to be infringed AND not invalid.**

**QUESTION NO. 3**

Did Chamberlain, the Plaintiff, prove by a preponderance of the evidence that Defendants willfully infringed **ANY** of the Asserted Claims that you found were infringed?

Yes: _____    No: _____

**If you answered "NO" to Question No. 1, _OR_ "YES" to ALL Asserted Claims in Question No. 2, then DO NOT answer Question Nos. 4a and 4b.**

**Answer Question Nos. 4a and 4b ONLY as to any Asserted Claim that you have found BOTH to be infringed AND not invalid.**

**QUESTION NO. 4a**

What sum of money, if paid now in cash, has Chamberlain, the Plaintiff, proven by a preponderance of the evidence would compensate it for its damages for infringement from May 9, 2017, through May 21, 2021?

Answer in United States Dollars and Cents, if any:

$ _____

**QUESTION NO. 4b**

What portion of the amount you found in Question No. 4a constitutes a **reasonable royalty** for the use made of the invention by Defendants, as opposed to Chamberlain's **lost profits**?

Answer in United States Dollars and Cents, if any:

$ _____

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __11th__ day of March 2022.

_____
Jury Foreperson