IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

THE CHAMBERLAIN GROUP LLC   §
                            §
                            §
v.                          §   CIVIL ACTION NO.  2:21-CV-00084-JRG
                            §
OVERHEAD DOOR CORPORATION, et al §
                            §

MINUTES FOR JURY TRIAL DAY NO. 5
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
March 11, 2022

**OPEN:  08:05 AM**                                      **ADJOURN:   12:57 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Tom Derbish<br>Katie Albanese<br>Cody Carter |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 08:05 AM | Court opened. |
| 08:05 AM | Exhibits used prior day read into the record. |
| 08:07 AM | Yesterday, Court heard Rule 50(a) motions, ruled thereon, and held informal charge conference (off the record) in chambers. |
| 08:09 AM | Formal charge conference started. |
| 08:09 AM | Ms. Quisenberry argued for the Plaintiff and Mr. Smith argued for the Defendants. |
| 08:14 AM | Formal charge conference completed |
| 08:16 AM | Recess. |
| 08:33 AM | Court reconvened. |
| 08:35 AM | Jury entered the courtroom. |
| 08:36 AM | Court provided instructions to Jury. |
| 09:46 AM | Closing argument by Plaintiff's counsel, Mr. Cordell. |
| 10:13 AM | Closing argument by Defendants' counsel, Mr. Callahan. |

| TIME | MINUTES |
|---|---|
| 10:45 AM | Additional closing argument by Defendants' counsel, Mr. Carter. |
| 10:53 AM | Final closing argument by Plaintiff's counsel, Mr. Cordell. |
| 11:07 AM | Closing arguments concluded. |
| 11:07 AM | Court gave final instructions to the Jury. |
| 11:12 AM | Jury retired to jury room to deliberate. |
| 11:13 AM | Court recessed. |
| 12:48 PM | Court reconvened. |
| 12:49 PM | Court informed counsel of a Jury note received by the Court. |
| 12:49 PM | Jury entered the courtroom. |
| 12:50 PM | Court announced the verdict into the record. |
| 12:53 PM | Jurors polled representing a unanimous verdict. |
| 12:57 PM | Jurors released and excused by the Court. |
| 12:57 PM | Court adjourned. |