IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| THE CHAMBERLAIN GROUP LLC, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00084-JRG |
| OVERHEAD DOOR CORPORATION, GMI HOLDINGS INC., | § § § § § | |
| *Defendants*. | § | |

## **ORDER**

The Court issues this Order *sua sponte*. On March 7, 2022—the same day as the commencement of the jury trial in the above-captioned case—Plaintiff The Chamberlain Group LLC ("Chamberlain") filed a Motion for Sanctions (Dkt. No. 348) against Defendants Overhead Door Corporation and GMI Holdings Inc.'s (collectively, "Defendants"). The Court subsequently informed the parties that it intended to carry the motion until after the completion of the jury trial. In light of the recent jury verdict, the Court finds that it would benefit from expedited briefing on the pending Motion for Sanctions.

Accordingly, it is **ORDERED** that Defendants' response to the Motion for Sanctions is due on or before March 17, 2022, Chamberlain's reply is due on or before March 21, 2022, and Defendants' sur-reply is due on or before March 23, 2022. The Court also **ORDERS** that the Motion for Sanctions (Dkt. No. 348) is set for an in-person hearing before the Court on Friday, March 25, 2022 at 2:00 p.m. central time in Marshall, Texas.

2

**So ORDERED and SIGNED this 15th day of March, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE