IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC § | |
| § | |
| v.  § | Case No. 2:21-cv-00084-JRG |
| § | |
| OVERHEAD DOOR CORPORATION, § | |
| GMI HOLDINGS, INC. § | |

MOTION HEARING MINUTES
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
March 25, 2022

**OPEN: 2:04pm**　　　　　　　　　　　　　　　　　　　　　**ADJOURN: 2:59pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Cody Carter |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Kecia Clendening |

| TIME | MINUTES |
|---|---|
| 2:04pm | Court opened. |
| 2:04pm | Court called for announcements from counsel. |
| | |
| 2:06pm | Court heard argument re: [SEALED] Motion for Sanctions (Dkt. No. 348). |
| 2:06pm | Mr. Cordell provided argument on behalf of Plaintiff |
| 2:23pm | Mr. Callahan provided responsive argument on behalf of Defendants. |
| 2:46pm | Rebuttal argument provided by Mr. Cordell. on behalf of Plaintiff. |
| 2:57pm | Additional argument provided by Mr. Callahan on behalf of Defendants. |
| 2:58pm | Additional argument provided by Mr. Cordell on behalf of Plaintiff. |
| | |
| 2:59pm | Court to take the matter under submission. |
| | |
| 2:59pm | Court adjourned. |