IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00084-JRG |
| § | |
| OVERHEAD DOOR CORPORATION, § | |
| GMI HOLDINGS INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is Defendants' Motion for Leave to File a Response to Chamberlain's Notice of Supplemental Facts (the "Motion") filed by Overhead Door Corporation and GMI Holdings Inc. (collectively, "Defendants"). (Dkt. No. 384.) In the Motion, Defendants move for leave to file a response to The Chamberlain Group's ("Plaintiff") Notice of Supplemental Facts to Chamberlain's Motion for Sanctions (Dkt. No. 373). (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, Defendants are granted leave to file a response to Plaintiff's Notice of Supplemental Facts to Chamberlain's Motion for Sanctions.

**So Ordered this**

**Mar 31, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE