IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> OVERHEAD DOOR CORPORATION, § <br> GMI HOLDINGS INC., § <br> § <br> *Defendants.* § | Case No. 2:21-cv-00084-JRG |

**PLAINTIFF'S MOTION TO WITHDRAW KATHERINE VIDAL AS COUNSEL OF RECORD FOR PLAINTIFF THE CHAMBERLAIN GROUP, LLC**

Plaintiff The Chamberlain Group, LLC respectfully requests that Katherine Vidal be permitted to withdraw as counsel of record for The Chamberlain Group, LLC in the above captioned matter and that ECF notifications to her be terminated in connection with this case.

Michael Rueckheim, Eimeric Reig-Plessis, M. Brett Johnson, Dillon Kellerman and James Winn of Winston & Strawn LLP; Melissa R. Smith and J. Travis Underwood of Gillam & Smith, LLP and Benjamin C. Elacqua, Kathryn A. Quisenberry, Ruffin B. Cordell, Daniel R. Gopenko, Aamir A. Kazi, Betty H. Chen and Jared A. Smith remain as counsel of record for Plaintiff, The Chamberlain Group, LLC. As such the withdrawal of Katherine Vidal will not have a detrimental effect on The Chamberlain Group LLC or its representation in this case, nor will it case any delay in this proceeding or prejudice any party.

The undersigned has conferred with counsel for Defendant, and Defendant does not oppose this request.

Dated: April 6, 2022                          Respectfully submitted,

                                              */s/ Michael R. Rueckheim*

1

Michael R. Rueckheim
(Texas State Bar No. 24081129)
MRuekheim@winston.com
Eimeric Reig-Plessis
(admitted *Pro Hac Vice*)
EReigPlessis@winston.com
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

M Brett Johnson
(Texas State Bar No. 00790975)
WINSTON & STRAWN LLP
2121 N. Pearl Street, Ste. 900
Dallas, TX 75201
Telephone: (214) 453-6416
Facsimile: (214) 453-6400

James Winn
JWinn@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Dillon Kellerman
(admitted *Pro Hac Vice*)
DKellerman@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Melissa R. Smith
(Texas State Bar No. 24001351)
melissa@gillamsmithlaw.com
J. Travis Underwood
(Texas State Bar No. 24102587)
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670

Tel: (903) 934-8450
Fax: (903) 934-9257

Benjamin C. Elacqua
Texas Bar Number 24055443
elacqua@fr.com
Kathryn A. Quisenberry
Texas Bar Number 24105639
quisenberry@fr.com
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Suite 2800
Houston, TX  77010
Telephone:  (713) 654-5300

Ruffin B. Cordell
Texas Bar Number 04820550
cordell@fr.com
Daniel R. Gopenko
Virginia Bar Number 83932
gopenko@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070

Aamir A. Kazi
Georgia Bar Number 104235
kazi@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309
Telephone: (404) 724-2811

Betty H. Chen
Texas Bar Number 24056720
bchen@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070

Jared A. Smith (Pro Hac Pending)
California Bar Number 306576
jasmith@fr.com
**FISH & RICHARDSON P.C**.
12860 El Camino Real, Suite 400

3

San Diego, CA 92130
Telephone: (858) 678-5070

ATTORNEYS FOR PLAINTIFF
THE CHAMBERLAIN GROUP, LLC

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), I hereby certify that on January 18, 2022, counsel for Plaintiff, The Chamberlain Group LLC, met and conferred with counsel for Defendant, Overhead Door Corporation and GMI Holdings Inc. concerning the subject of this motion and counsel for Defendants confirmed that they do not oppose this motion.

*/s/ Michael R. Rueckheim*
Michael R. Rueckheim

**CERTIFICATE OF SERVICE**

I certify that on April 6, 2022, all counsel of record who are deemed to have consented to electronic service were served with a copy of this document via the Court's CM/ECF System according to the applicable Federal Rules of Civil Procedure.

*/s/ Michael R. Rueckheim*
Michael R. Rueckheim
