IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| THE CHAMBERLAIN GROUP, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:21-cv-00084-JRG |
| OVERHEAD DOOR CORPORATION, GMI HOLDINGS INC., | § § § § | |
| Defendants. | § § | |

**ORDER ON UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

The Court having considered Plaintiff, The Chamberlain Group, LLC's Unopposed Motion for Katherine Vidal to withdraw as counsel of record for Plaintiff, The Chamberlain Group, LLC and to terminate ECF Notifications in connection therewith, is of the opinion that it should be GRANTED.

It is therefore ORDERED that Katherine Vidal is withdrawn as counsel for The Chamberlain Group, LLC. in the above-captioned matter and ECF notifications to the same are to be terminated in this case.

SO ORDERED