# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| THE CHAMBERLAIN GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | Case No. 2:21-cv-0084-JRG |
| v. | § | |
| | § | |
| OVERHEAD DOOR CORPORATION and | § | |
| GMI HOLDINGS INC., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Blake R. Davis of Latham & Watkins LLP enters his appearance in this matter as additional counsel on behalf of Defendants Overhead Door Corporation and GMI Holdings Inc.

Blake R. Davis may receive all communications from the Court and from other parties at Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111; Telephone: (415) 391-0600; Facsimile: (415) 395-8095; email: blake.davis@lw.com.

Dated: June 1, 2022

Respectfully submitted,

*/s/ Blake R. Davis*
Blake R. Davis
CA Bar No. 294360
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
blake.davis@lw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's EM/ECF system on June 1, 2022, per Local Rule CV-5(a)(3).

/s/ Blake R. Davis
Blake R. Davis