**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC. | |
| Plaintiff, | Case No.  2:21-CV-0084-JRG |
| v. | |
| OVERHEAD DOOR CORPORATION, ET AL. | JURY TRIAL DEMANDED |
| Defendant. | |

**UNOPPOSED MOTION TO EXCUSE LEAD COUNSEL FROM JULY 5, 2022
MOTIONS HEARING**

The Court has set a hearing on [405] Sealed Motion to Compel Production of Documents and Written Discovery, [401] Sealed Motion Partially Opposed Motion for Leave to Amend its P.R. 3-1 And P.R. 3-2 Patent Initial Disclosures Under P.R. 3-6(b), [396] Sealed Patent Motion to Compel Waived Communications, Testimony Regarding Waived Communications, and a Response to Interrogatory No. 6, and [410] Sealed Motion to Compel a Response to Interrogatory No. 8 and Associated Document Production on July 5, 2022. Pursuant to Judge Gilstrap's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes dated March 11, 2020, "each party's lead attorney shall attend any discovery motion hearing set by the Court."  Benjamin Charles Elacqua, lead counsel for Plaintiff, is unable to attend due to already booked and paid travel out of the country from July 3-13 and out of the state from July 14-18.

Plaintiff respectfully requests that the Court excuse Mr. Elacqua's presence from the discovery hearing and requests that Betty Chen be allowed to act as lead counsel with decision making authority at the hearing in place of lead counsel, or in the alternative, reschedule the motions hearing at the Court's convenience.  Counsel for Defendants do not oppose this request.

Accordingly, Plaintiff moves the Court to enter the attached order excusing Mr. Elacqua from the July 5, 2022 hearing.

Date:  June 23, 2022

Respectfully submitted,

By: */s/ Benjamin C. Elacqua*

Ruffin B. Cordell
cordell@fr.com
Texas Bar Number 04820550
Daniel R. Gopenko
Virginia Bar Number 83932
gopenko@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave SW, Suite 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile: 202-783-2331

Benjamin C. Elacqua
Texas Bar Number 24055443
elacqua@fr.com
Kathryn Quisenberry
Texas Bar Number 24105639
quisenberry@fr.com
Karrie Wheatley
Texas Bar Number 24098605
wheatley@fr.com
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Aamir A. Kazi
Georgia Bar Number 104235
kazi@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309
Telephone: (404) 724-2811

Betty H. Chen
Texas Bar Number 24056720
bchen@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070

Scott M. Flanz (*Pro Hac Vice*)
New York Bar Number 5423801
flanz@fr.com
**FISH & RICHARDSON P.C.**
Times Square Tower, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa Smith
Texas Bar Number 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

**COUNSEL FOR PLAINTIFF THE
CHAMBERLAIN GROUP LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 23, 2022.

*/s/ Benjamin C. Elacqua*

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiff and Counsel for Defendant have complied with the meet and confer requirement in Local Rule CV-7(h) regarding this Motion by conferring via e-mail on June 22, 2022.  Counsel for Defendants indicated Defendants are unopposed to the relief sought herein.

*/s/ Benjamin C. Elacqua*