IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| THE CHAMBERLAIN GROUP LLC, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00084-JRG |
| OVERHEAD DOOR CORPORATION, GMI HOLDINGS INC., | § § § § | |
| *Defendants*. | § § | |

## **ORDER**

Before the Court is Plaintiff The Chamberlain Group, Inc.'s ("Plaintiff") Unopposed Motion to Excuse Lead Counsel from July 5, 2022 Motions Hearing (the "Motion"). (Dkt. No. 412.) In the Motion, Plaintiff requests that lead counsel, Benjamin Elacqua, be excused from the hearing set in the above-captioned matter on July 5, 2022 (the "Hearing") due to planned international travel. (*Id*. at 1.) Plaintiff also requests that Betty Chen be permitted to act as lead counsel with decision making authority at the Hearing. (*Id*.) Counsel for Defendants do not oppose the Motion. (*Id*.; *see also id*. at 4.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, Mr. Elacqua is **excused** from the July 5, 2022 hearing set in the above-captioned matter and Ms. Chen is **permitted** to act as lead counsel with decision making authority during the same.

**So Ordered this**

**Jun 24, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE