IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00084-JRG |
| § | |
| OVERHEAD DOOR CORPORATION, GMI § | |
| HOLDINGS INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

The Court issues this order *sua sponte*. The Court hereby sets Defendants' Overhead Door Corporation and GMI Holdings Inc. (collectively, "OHD") Motion for Summary Judgment of Non-Infringement of the '404 Patent (Dkt. No. 441), OHD's Renewed Motion to Compel Production of Documents Relating to Reconstructed Prototype (Dkt. No. 508), and Plaintiff The Chamberlain Group LLC's ("Chamberlain") Renewed Motion to Compel Waived Communications (Dkt. No. 511), and all related briefing for hearing on **Tuesday October 11, 2022, at 10:00 a.m. central time in-person in Marshall, Texas.** The Court further **ORDERS** that lead and local counsel for the parties meet and confer in-person in an effort to resolve these disputes beginning at **9:00 a.m. central time on Tuesday July 5, 2022,** and continuing until the Court takes up these matters on their merits. Such in-person meet and confer efforts shall take place within the Sam B. Hall, Jr. Federal Building and United States Courthouse in Marshall, Texas. The Court may increase or decrease the meet and confer process as the Court believes to be beneficial to the parties, the Court, and the interests of justice.

**So ORDERED and SIGNED this 19th day of September, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE