# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>OVERHEAD DOOR CORPORATION and GMI HOLDINGS INC.,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-0084-JRG<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S IDENTIFICATION OF DOCUMENTS FOR *IN CAMERA* REVIEW

Pursuant to the Court's Order (Dkt. 554), Plaintiff The Chamberlain Group LLC identifies the following 20 entries of Defendants' 189-entry privilege log (attached hereto as Exhibit A) for *in camera* review:

- OHDPRIV_0016, 24, 27, 32, 35, 37, 38, 39, 40, 41, 42, 46, 47, 55, 69, 78, 96, 100, 127, 188.

Date: October 28, 2022                                    Respectfully submitted,

By:   */s/ Benjamin C. Elacqua*
Ruffin B. Cordell
cordell@fr.com
Texas Bar Number 04820550
Daniel R. Gopenko
Virginia Bar Number 83932
gopenko@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave SW, Suite 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile: 202-783-2331

Benjamin C. Elacqua
Texas Bar Number 24055443
elacqua@fr.com
Kathryn Quisenberry
Texas Bar Number 24105639
quisenberry@fr.com
Karrie Wheatley
Texas Bar Number 24098605
wheatley@fr.com
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Aamir A. Kazi
Georgia Bar Number 104235
kazi@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309
Telephone: (404) 724-2811

Betty H. Chen
Texas Bar Number 24056720
bchen@fr.com
Claire Chang
California Bar No. 341420
cchang@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 400
Redwood City, CA 94063
Telephone: 650-839-5070

> Scott M. Flanz (*Pro Hac Vice*)
> New York Bar Number 5423801
> flanz@fr.com
> **FISH & RICHARDSON P.C.**
> Times Square Tower, 20th Floor
> New York, NY 10036
> Telephone: (212) 765-5070
> Facsimile: (212) 258-2291
>
> Melissa Smith
> Texas Bar Number 24001351
> melissa@gillamsmithlaw.com
> **GILLAM & SMITH, LLP**
> 303 South Washington Avenue
> Marshall, Texas 75670
> Telephone: 903-934-8450
> Facsimile: 903-934-9257
>
> **COUNSEL FOR PLAINTIFF THE CHAMBERLAIN GROUP LLC**

### CERTIFICATE OF AUTHORIZATION TO SEAL

Per CV-5(a)(7)(B), the Court already has granted authorization to seal confidential documents, and Chamberlain is filing under seal pursuant to the protective order entered in the case.

> /s/ Benjamin C. Elacqua
> Benjamin C. Elacqua

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all counsel of record via email on this 28th day of October 2022.

> /s/ Benjamin C. Elacqua
> Benjamin C. Elacqua

3