IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC<br><br>    Plaintiff,<br><br>    v.<br><br>OVERHEAD DOOR CORPORATION, ET AL.<br><br>    Defendant. | Case No. 2:21-CV-0084-JRG<br><br>JURY TRIAL DEMANDED |

## MOTION TO CONTINUE THE PRETRIAL CONFERENCE

Plaintiff The Chamberlain Group LLC respectfully moves for a continuance of the November 10, 2022 Pretrial Conference set by the Court's November 4, 2022 notice. Counsel for Chamberlain is currently representing Apple Inc. in the evidentiary hearing in Inv. No. 337-TA-1301, *In the Matter of Certain Mobile Phones and Tablet Computers, All With Switchable Connectivity*. Ex. A (Declaration of B. Elacqua in support of Chamberlain's Motion for Continuance) ¶¶ 1, 2. The evidentiary hearing began November 4, 2022 and is scheduled to continue through November 10, 2022. Ex. A, ¶ 3; Ex. B (Order No. 7: Setting Procedural Schedule in Inv. No. 337-TA-1301). Lead counsel for Chamberlain, Benjamin Elacqua, is serving as primary trial counsel for Apple Inc. in Inv. No. 337-TA-1301. Ex. A ¶ 1. Chamberlain trial team members Ruffin Cordell and Betty Chen also represent Apple and are essential members of the trial team for Inv. No. 337-TA-1301. All three will be in the evidentiary hearing for Inv. No. 337-TA-1301 from November 4 through November 10. *Id.* at ¶ 5. As a result, Mr. Elacqua, Mr. Cordell, and Ms. Chen cannot participate in the Pretrial Conference in this matter as currently scheduled. *Id.*

Accordingly, Chamberlain respectfully submits that good cause exists for a brief continuance of the Pretrial Conference so that essential members of its trial team, including lead counsel, may participate. Chamberlain request the Court continue the Pretrial Conference to the next available setting. Counsel for Chamberlain is available at the Court's convenience.

Date: November 5, 2022

By: Respectfully submitted,

/s/ Benjamin C. Elacqua
Ruffin B. Cordell
cordell@fr.com
Texas Bar Number 04820550
Daniel R. Gopenko
Virginia Bar Number 83932
gopenko@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave SW, Suite 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile: 202-783-2331

Benjamin C. Elacqua
Texas Bar Number 24055443
elacqua@fr.com
Kathryn Quisenberry
Texas Bar Number 24105639
quisenberry@fr.com
Karrie Wheatley
Texas Bar Number 24098605
wheatley@fr.com
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Aamir A. Kazi
Georgia Bar Number 104235
kazi@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309
Telephone: (404) 724-2811

Betty H. Chen

2

Texas Bar Number 24056720
bchen@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070

Scott M. Flanz (*Pro Hac Vice*)
New York Bar Number 5423801
flanz@fr.com
**FISH & RICHARDSON P.C.**
Times Square Tower, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa Smith
Texas Bar Number 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

**COUNSEL FOR PLAINTIFF THE CHAMBERLAIN GROUP LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 5, 2022.

/s/ Benjamin C. Elacqua

**CERTIFICATE OF CONFERENCE**

I hereby certify that Counsel for Plaintiff sent correspondence to counsel for Defendants on Friday, November 4 requesting Defendants' position on this Motion and offering to meet and confer. Ex. A ¶ 6; Ex. C (Email thread between K. Quisenberry and D. Callahan). Counsel for Defendants indicated they are ready to proceed on November 10 and oppose rescheduling to an unknown date. Ex. C. Defendants requested the parties provide a suggested date for the Court to reschedule the Pretrial Conference, but it is Chamberlain's position that the parties should defer to the Court's schedule. *Id*. Accordingly, Chamberlain understands Defendants oppose Chamberlain's motion.

/s/ Benjamin C. Elacqua