IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| THE CHAMBERLAIN GROUP LLC, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00084-JRG |
| OVERHEAD DOOR CORPORATION, GMI HOLDINGS INC., | § § § § § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Motion to Continue the Pretrial Conference (the "Motion") filed by Plaintiff the Chamberlain Group LLC ("Plaintiff"). (Dkt. No. 558.) Having considered the Motion but noting that the Pretrial Conference has already been reset for November 28, 2022 at 9:00 a.m. CT., the Court finds that the Motion (Dkt. No. 558) should be and hereby is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 7th day of November, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE