## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>OVERHEAD DOOR CORPORATION, ET AL.<br><br>Defendant. | Case No.  2:21-CV-0084-JRG<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO WITHDRAW MOTION FOR PARTIAL SUMMARY JUDGEMENT OF INFRINGEMENT OF UNCONTESTED LIMITATIONS (DKT. 439)**

Plaintiff The Chamberlain Group, Inc. ("Chamberlain") hereby respectfully moves the Court to Withdraw its Motion for Partial Summary Judgement of Infringement of Uncontested Limitations (Dkt. 439) to simplify and minimize the issues to be heard at the pretrial conference. Chamberlain reserves all rights relating to the arguments and evidence presented in the motion. Defendant is unopposed to this motion.

Date:  November 21, 2022

By:

Respectfully submitted,

*/s/ Melissa R. Smith*
Ruffin B. Cordell
cordell@fr.com
Texas Bar Number 04820550
Daniel R. Gopenko
Virginia Bar Number 83932
gopenko@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave SW, Suite 1000
Washington, DC 20024
Telephone: 202-783-5070

Facsimile: 202-783-2331

Benjamin C. Elacqua
Texas Bar Number 24055443
elacqua@fr.com
Kathryn Quisenberry
Texas Bar Number 24105639
quisenberry@fr.com
Karrie Wheatley
Texas Bar Number 24098605
wheatley@fr.com
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Aamir A. Kazi
Georgia Bar Number 104235
kazi@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309
Telephone: (404) 724-2811


Betty H. Chen
Texas Bar Number 24056720
bchen@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070


Scott M. Flanz (*Pro Hac Vice*)
New York Bar Number 5423801
flanz@fr.com
**FISH & RICHARDSON P.C.**
Times Square Tower, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291


Melissa Smith
Texas Bar Number 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue

Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

**COUNSEL FOR PLAINTIFF THE CHAMBERLAIN GROUP LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 21, 2022.

*/s/ Melissa R. Smith*

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiff and Counsel for Defendant have complied with the meet and confer requirement in Local Rule CV-7(h) regarding this Motion by conferring via email on November 21, 2022.  Counsel for Defendant indicated Defendant is unopposed to the relief sought herein.

*/s/ Melissa R. Smith*