IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC, § § § *Plaintiff*, § § v. § § CIVIL ACTION NO. 2:21-CV-00084-JRG OVERHEAD DOOR CORPORATION, GMI § HOLDINGS INC., § § § *Defendants*. § | |

**ORDER**

Before the Court is the Unopposed Motion for a Shortened Response Time on Motion to Compel (the "Motion") filed by Plaintiff The Chamberlain Group LLC ("Plaintiff"). (Dkt. No. 572.) In the Motion, Plaintiff requests the Court to set a deadline for Defendants Overhead Door Corporation and GMI Holdings, Inc. (collectively, "Defendants") to respond to Plaintiff's Motion to Compel (Dkt. No. 571) to November 23, 2022. (*Id*.) The Motion is unopposed. (*Id*.)

Having considered the Motion, and noting its unopposed nature, the Court finds that the Motion should be and hereby is **GRANTED** as modified by the Court herein. Accordingly, it is **ORDERED** that Defendants' response to Plaintiff's Motion to Compel (Dkt. No. 571) is due on **November 23, 2022 at 10:00 a.m. CT**. The parties shall not file a reply or sur-reply unless so ordered by the Court.

So ORDERED and SIGNED this 21st day of November, 2022.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE