**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC, § § *Plaintiff*, § § v. § § OVERHEAD DOOR CORPORATION, GMI § HOLDINGS INC., § § *Defendants*. § | CIVIL ACTION NO. 2:21-CV-00084-JRG |

**ORDER**

The Court issues this Order *sua sponte*. The Court **ORDERS** the parties to mediate further in this case no later than Thursday, January 19, 2023. The mediation is to occur before the Hon. David Folsom, 6002 Summerfield Drive, Texarkana, Texas 75503, david@folsomadr.com. To ensure that mediation is as productive as possible, the Court hereby **ORDERS** that each party shall personally attend such mediation with lead and local counsel and a representative who has full and unilateral authority to act on and compromise on all pending disputes. In addition, the Mediator shall designate/ approve an acceptable corporate representative to attend and participate on behalf of each party before the mediation occurs. Any party whose potential exposure may be covered by applicable insurance shall secure the presence at mediation of an authorized representative of any such insurer. No party or representative shall leave the mediation session, once it begins, without the approval of the mediator. This District's applicable local rules shall otherwise govern and apply in all respects.

**So ORDERED and SIGNED this 11th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE