## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC | § |
| | § |
| v. | § CIVIL ACTION NO. 2:21-CV-00084-JRG |
| | § |
| OVERHEAD DOOR CORPORATION, et al | § |

### MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### January 23, 2023

**OPEN:  09:12 AM**                                                                 **ADJOURN:   06:13 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Katie Albanese<br>Harris Huguenard<br>Patrick Clark |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:12 AM | Court opened. Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:23 AM | Court asked for announcements from the parties. |
| 09:24 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:33 AM | Prospective Jurors began introduction of themselves. |
| 09:58 AM | Court provided additional instructions to Jury Pool. |
| 10:01 AM | *Voir dire* on behalf of Plaintiff by Ms. Smith. |
| 10:31 AM | *Voir dire* on behalf of Defendants by Mr. Carter. |
| 11:01 AM | Bench conference with counsel. |
| 11:04 AM | Bench conference completed. |
| 11:04 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of jurors recessed. |
| 11:06 AM | Remainder of Jury Pool recessed. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:07 AM | Counsel approached bench. |
| 11:07 AM | Strike conference began with specifically named juror(s). |
| 11:10 AM | Strike conference concluded.  Attorneys excused to exercise strikes. |
| 11:10 AM | Recess. |
| 11:39 AM | Court reconvened. |
| 11:40 AM | Instructions given by the Court.  Jurors selected.  Remainder of Jury Pool excused. |
| 11:45 AM | Jurors sworn.  Additional instructions given by the Court. |
| 12:07 PM | Jury recessed for lunch. |
| 12:08 PM | Court recessed for lunch. |
| 12:55 PM | Court reconvened. |
| 12:56 PM | Jury returned to courtroom. |
| 12:56 PM | Court gave preliminary instructions to the Jury. |
| 01:29 PM | Notebooks provided to Jurors. |
| 01:30 PM | Additional instructions to the Jury given by the Court. |
| 01:36 PM | Plaintiff's opening statement by Mr. Cordell. |
| 02:08 PM | Defendants' opening statement by Mr. Callahan. |
| 02:38 PM | Opening statements concluded. |
| 02:37 PM | Plaintiff invoked the rule, excluding experts and corporate representatives. |
| 02:38 PM | Jury recessed for break. |
| 02:39 PM | Court addressed demonstrative exhibit. |
| 02:40 PM | Recess. |
| 02:58 PM | Court reconvened. |
| 02:59 PM | Request made to the Court by Mr. Cordell on behalf of Plaintiff re: possible MIL violation and reference made by Defendants' counsel during opening statement. |
| 03:00 PM | Court provided instruction and guidance to the parties. |
| 03:04 PM | Jury returned to courtroom. |
| 03:05 PM | Plaintiff's case-in-chief: |
| 03:05 PM | Witness sworn. |
| 03:06 PM | Direct examination of Ms. Emilie Alexander by Ms. Smith. |
| 03:38 PM | Bench conference. |
| 03:39 PM | Bench conference concluded. |
| 03:40 PM | Continuation direct examination of Ms. Emilie Alexander by Ms. Smith. |
| 03:40 PM | Bench conference. |
| 03:42 PM | Bench conference concluded. |
| 03:42 PM | Continuation direct examination of Ms. Emilie Alexander by Ms. Smith. |
| 03:53 PM | Bench conference. |
| 03:55 PM | Bench conference concluded. |
| 03:55 PM | Cross examination of Ms. Emilie Alexander by Mr. Callahan. |
| 04:21 PM | Redirect examination of Ms. Emilie Alexander by Ms. Smith. |
| 04:25 PM | Completion of testimony of Ms. Emilie Alexander. |
| 04:26 PM | Witness sworn. |
| 04:28 PM | Direct examination of Mr. Edward Laird by Mr. Cordell. |
| 05:07 PM | Bench conference. |
| 05:08 PM | Bench conference concluded. |
| 05:08 PM | Continuation direct examination of Mr. Edward Laird by Mr. Cordell. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:28 PM | Bench conference. |
| 05:29 PM | Bench conference concluded. |
| 05:29 PM | Cross examination of Mr. Edward Laird by Mr. Carter. |
| 06:00 PM | Bench conference. |
| 06:03 PM | Bench conference concluded. |
| 06:03 PM | Continuation cross examination of Mr. Edward Laird by Mr. Carter. |
| 06:09 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 06:09 PM | Court provided clarification re: MIL ruling as requested by Mr. Carter on behalf of the Defendants |
| 06:13 PM | Court adjourned. |