## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC | § |
| | § |
| v. | §   CIVIL ACTION NO.  2:21-CV-00084-JRG |
| | § |
| OVERHEAD DOOR CORPORATION, et al | § |

### MINUTES FOR JURY TRIAL DAY NO. 2
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### January 24, 2023

**OPEN:  08:26 AM**                                                                                          **ADJOURN:    02:47 PM**

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANTS:       See attached

LAW CLERKS:                                          Katie Albanese
                                                                Harris Huguenard
                                                                Patrick Clark

COURT REPORTER:                            Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                      Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:26 AM | Court opened. |
| 08:27 AM | Exhibits used prior day read into the record. |
| 08:29 AM | Jury entered the courtroom. |
| 08:30 AM | Continuation cross examination of Mr. Edward Laird by Mr. Carter. |
| 08:44 AM | Jury excused to Jury Room. |
| 08:45 AM | Court provided instructions to the witness. |
| 08:46 AM | Jury returned to courtroom. |
| 08:47 AM | Continuation cross examination of Mr. Edward Laird by Mr. Carter. |
| 09:55 AM | Bench conference. |
| 09:56 AM | Bench conference concluded. |
| 09:57 AM | Continuation cross examination of Mr. Edward Laird by Mr. Carter. |
| 10:03 AM | Jury recessed for break. |
| 10:03 AM | Recess. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:16 AM | Court reconvened. |
| 10:17 AM | Jury returned to courtroom. |
| 10:17 AM | Continuation cross examination of Mr. Edward Laird by Mr. Carter. |
| 10:38 AM | Redirect examination of Mr. Edward Laird by Mr. Cordell. |
| 11:08 AM | Bench conference. |
| 11:09 AM | Bench conference concluded. |
| 11:09 AM | Continuation redirect examination of Mr. Edward Laird by Mr. Cordell. |
| 11:25 AM | Recross examination of Mr. Edward Laird by Mr. Carter. |
| 11:33 AM | Bench conference. |
| 11:35 AM | Bench conference concluded. |
| 11:35 AM | Continuation recross examination of Mr. Edward Laird by Mr. Carter. |
| 11:50 AM | Additional redirect examination of Mr. Edward Laird by Mr. Cordell. |
| 11:59 AM | Additional recross examination of Mr. Edward Laird by Mr. Carter. |
| 11:59 AM | Completion of testimony of Mr. Edward Laird. |
| 12:00 AM | Jury recessed for lunch break. |
| 12:01 PM | Recess. |
| 12:39 PM | Court reconvened. |
| 12:39 PM | Jury returned to courtroom. |
| 12:40 PM | Witness sworn. |
| 12:41 PM | Direct examination of Mr. Brent Rauscher (adverse witness) by Mr. Elacqua. |
| 01:17 PM | **Courtroom sealed.** |
| 01:18 PM | Continuation direct examination of Mr. Brent Rauscher (adverse witness) by Mr. Elacqua. |
| 01:32 PM | **Courtroom unsealed.** |
| 01:32 PM | Cross examination of Mr. Brent Rauscher (adverse witness) by Mr. Pathmanaban. |
| 02:14 PM | Bench conference. |
| 02:14 PM | Bench conference concluded. |
| 02:14 PM | Continuation cross examination of Mr. Brent Rauscher (adverse witness) by Mr. Pathmanaban. |
| 02:25 PM | Bench conference. |
| 02:27 PM | Bench conference concluded. |
| 02:27 PM | Continuation cross examination of Mr. Brent Rauscher (adverse witness) by Mr. Pathmanaban. |
| 02:29 PM | Redirect examination of Mr. Brent Rauscher (adverse witness) by Mr. Elacqua. |
| 02:45 PM | Completion of testimony of Mr. Brent Rauscher (adverse witness). |
| 02:46 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 02:47 PM | Court instructed counsel to jointly submit an updated proposed final jury instructions and verdict form by 3:00 PM tomorrow afternoon in editable format and transmitted to Court staff. |
| 02:47 PM | Court adjourned. |