# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC § | |
| § | |
| v. § | CIVIL ACTION NO.  2:21-CV-00084-JRG |
| § | |
| OVERHEAD DOOR CORPORATION, et al § | |

## MINUTES FOR JURY TRIAL DAY NO. 3
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### January 25, 2023

**OPEN:  08:27 AM**  **ADJOURN:  06:27 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Katie Albanese<br>Harris Huguenard<br>Patrick Clark |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:27 AM | Court opened. |
| 08:28 AM | Exhibits used prior day read into the record. |
| 08:30 AM | Jury entered the courtroom. |
| 08:30 AM | Mr. Elacqua introduced the video deposition of Mr. Brent Buescher, Jr. |
| 08:43 AM | Video deposition of Mr. Brent Buescher, Jr. concluded. |
| 08:43 AM | Witness sworn. |
| 08:44 AM | Direct examination of Dr. John Villasenor by Ms. Chen. |
| 09:18 AM | Objection raised. |
| 09:18 AM | Jury excused to jury room. |
| 09:21 AM | Argument heard. |
| 09:21 AM | Court made rulings as set forth in the record. |
| 09:22 AM | Jury returned to courtroom. |
| 09:22 AM | Continuation direct examination of Dr. John Villasenor by Ms. Chen. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:35 AM | **Courtroom sealed.** |
| 09:36 AM | Continuation direct examination of Dr. John Villasenor by Ms. Chen. |
| 09:51 AM | **Courtroom unsealed.** |
| 09:52 AM | Cross examination of Dr. John Villasenor by Mr. Callahan. |
| 10:14 AM | Jury recessed for break. |
| 10:15 AM | Recess. |
| 10:28 AM | Court reconvened. |
| 10:28 AM | Jury returned to courtroom. |
| 10:29 AM | Continuation cross examination of Dr. John Villasenor by Mr. Callahan. |
| 10:59 AM | Redirect examination of Dr. John Villasenor by Ms. Chen. |
| 11:09 AM | Completion of testimony of Dr. John Villasenor. |
| 11:10 AM | Court provided explanation to the Jury re: video deposition and using a deposition transcript of the trial witness. |
| 11:11 AM | Mr. Elacqua introduced the video deposition of Mr. Steve Janas. |
| 11:16 AM | Video deposition of Mr. Steve Janas concluded. |
| 11:16 AM | Mr. Elacqua and Mr. Gorham proceeded with the reading of the deposition transcript of Mr. Steve Janas |
| 11:24 AM | Conclusion of written deposition testimony of Mr. Steve Janas. |
| 11:24 AM | Witness sworn. |
| 11:25 AM | Bench conference. |
| 11:31 AM | Bench conference concluded. |
| 11:31 AM | Direct examination of Mr. Thomas Britven by Ms. Smith. |
| 12:01 PM | Jury recessed for lunch break. |
| 12:02 PM | Recess. |
| 12:42 PM | Court reconvened. |
| 12:42 PM | Jury returned to courtroom. |
| 12:43 PM | Continuation direct examination of Mr. Thomas Britven by Ms. Smith. |
| 01:10 PM | Cross examination of Mr. Thomas Britven by Ms. Tull. |
| 01:34 PM | Redirect examination of Mr. Thomas Britven by Ms. Smith. |
| 01:42 PM | Recross examination of Mr. Thomas Britven by Ms. Tull. |
| 01:44 PM | Additional redirect examination of Mr. Thomas Britven by Ms. Smith. |
| 01:44 PM | Additional recross examination of Mr. Thomas Britven by Ms. Tull. |
| 01:45 PM | Completion of testimony of Mr. Thomas Britven. |
| 01:45 PM | Subject to rebuttal, Plaintiff rested its case-in-chief. |
| 01:46 PM | Defendants' case-in-chief: |
| 01:46 PM | Witness sworn. |
| 01:47 PM | Direct examination of Ms. Barbara Kelkhoff (adverse witness) by Mr. Carter. |
| 02:27 PM | Bench conference. |
| 02:29 PM | Bench conference concluded. |
| 02:29 PM | Continuation direct examination of Ms. Barbara Kelkhoff (adverse witness) by Mr. Carter. |
| 02:32 PM | Bench conference. |
| 02:34 PM | Bench conference concluded. |
| 02:34 PM | Jury recessed for break. |
| 02:35 PM | Recess. |

| TIME | MINUTE ENTRY |
|---|---|
| 02:52 PM | Court reconvened. |
| 02:53 PM | Court made ruling as set forth in the record re: objection raised during bench conference. |
| 02:55 PM | Jury returned to courtroom. |
| 02:56 PM | Continuation direct examination of Ms. Barbara Kelkhoff (adverse witness) by Mr. Carter. |
| 03:08 PM | Cross examination of Ms. Barbara Kelkhoff (adverse witness) by Ms. Smith. |
| 03:20 PM | Redirect examination of Ms. Barbara Kelkhoff (adverse witness) by Mr. Carter. |
| 03:28 PM | Completion of testimony of Ms. Barbara Kelkhoff. |
| 03:29 PM | Witness sworn. |
| 03:30 PM | Direct examination of Mr. Leroy Krupke by Mr. Callahan. |
| 03:37 PM | Bench conference. |
| 03:37 PM | Bench conference concluded. |
| 03:37 PM | Continuation direct examination of Mr. Leroy Krupke by Mr. Callahan. |
| 04:06 PM | Cross examination of Mr. Leroy Krupke by Mr. Elacqua. |
| 04:32 PM | Completion of testimony of Mr. Leroy Krupke. |
| 04:32 PM | Jury recessed for break. |
| 04:34 PM | Recess. |
| 04:50 PM | Court reconvened. |
| 04:51 PM | Jury returned to courtroom. |
| 04:52 PM | Mr. Callahan introduced the video deposition of Mr. James Fitzgibbon. |
| 04:57 PM | Video deposition of Mr. James Fitzgibbon concluded. |
| 04:57 PM | Mr. Carter and Mr. Davis proceeded with the reading of the deposition transcript of Mr. James Fitzgibbon. |
| 05:07 PM | Conclusion of written deposition testimony of Mr. James Fitzgibbon. |
| 05:07 PM | Additional video deposition of Mr. James Fitzgibbon. |
| 05:20 PM | Conclusion of video deposition of Mr. James Fitzgibbon. |
| 05:21 PM | Witness sworn. |
| 05:22 PM | Direct examination of Dr. Steven Leeb by Mr. Pathmanaban. |
| 06:23 PM | Bench conference. |
| 06:24 PM | Bench conference concluded. |
| 06:24 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 06:26 PM | Court encouraged the parties to continue their meet and confer efforts re: overnight disputes. Court will be available in chambers in the morning at 7:30 AM to meet with counsel to address same. |
| 06:27 PM | Court adjourned |