## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP LLC § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00084-JRG |
| § | |
| OVERHEAD DOOR CORPORATION, et al § | |

### MINUTES FOR JURY TRIAL DAY NO. 4
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
**January 26, 2023**

**OPEN:  08:26 AM**                                                                 **ADJOURN:   04:29 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Katie Albanese<br>Harris Huguenard<br>Patrick Clark |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:26 AM | Court opened. |
| 08:27 AM | Exhibits used prior day read into the record. |
| 08:30 AM | Jury entered the courtroom. |
| 08:30 AM | Continuation direct examination of Dr. Steven Leeb by Mr. Pathmanaban. |
| 08:54 AM | Cross examination of Dr. Steven Leeb by Mr. Cordell. |
| 09:38 AM | Jury excused to jury room. |
| 09:38 AM | Court to take up matter outside presence of jury. |
| 09:40 AM | Jury returned to courtroom. |
| 09:41 AM | Continuation cross examination of Dr. Steven Leeb by Mr. Cordell. |
| 10:00 AM | Jury recessed for break. |
| 10:01 AM | Recess. |
| 10:17 AM | Court reconvened. |
| 10:18 AM | Jury returned to courtroom. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:18 AM | Continuation cross examination of Dr. Steven Leeb by Mr. Cordell. |
| 11:10 AM | Redirect examination of Dr. Steven Leeb by Mr. Pathmanaban. |
| 11:13 AM | Completion of testimony of Dr. Steven Leeb. |
| 11:14 AM | Witness sworn. |
| 11:15 AM | Direct examination of Mr. Michael E. Tate by Ms. Tull. |
| 11:57 AM | Jury recessed for lunch break. |
| 11:58 AM | Recess. |
| 12:48 PM | Court reconvened. |
| 12:49 PM | Jury returned to courtroom. |
| 12:50 PM | Cross examination of Mr. Michael E. Tate by Ms. Smith. |
| 01:07 PM | Bench conference. |
| 01:09 PM | Bench conference concluded. |
| 01:09 PM | Continuation cross examination of Mr. Michael E. Tate by Ms. Smith. |
| 01:37 PM | Redirect examination of Mr. Michael E. Tate by Ms. Tull. |
| 01:39 PM | Completion of testimony of Mr. Michael E. Tate. |
| 01:39 PM | Bench conference. |
| 01:40 PM | Bench conference concluded. |
| 01:40 PM | Defendants rested their case-in-chief. |
| 01:40 PM | Plaintiff's rebuttal case: |
| 01:40 PM | Mr. Elacqua introduced the video deposition of rebuttal witness Mr. Gregory Matias. |
| 01:47 PM | Video deposition of rebuttal witness Mr. Gregory Matias concluded. |
| 01:48 PM | Direct examination of rebuttal witness Dr. John Villasenor by Ms. Chen. |
| 02:00 PM | Cross examination of rebuttal witness Dr. John Villasenor by Mr. Callahan. |
| 02:15 PM | Redirect examination of rebuttal witness Dr. John Villasenor by Ms. Chen. |
| 02:16 PM | Completion of rebuttal testimony of Dr. John Villasenor. |
| 02:17 PM | Direct examination of rebuttal witness Mr. Thomas Britven by Ms. Smith. |
| 02:31 PM | Cross examination of rebuttal witness Mr. Thomas Britven by Ms. Tull. |
| 02:34 PM | Completion of rebuttal testimony of Mr. Thomas Britven. |
| 02:34 PM | Plaintiff rested its rebuttal case. |
| 02:34 PM | Both sides rested. |
| 02:35 PM | Court provided instructions to Jury. |
| 02:37 PM | Jury excused for the remainder of the day to return tomorrow at 8:30 AM. |
| 02:38 PM | Court will take up Rule 50(a) motions following recess. |
| 02:40 PM | Recess. |
| 03:27 PM | Court reconvened. |
| 03:27 PM | Court took up Rule 50(a) motions. |
| 03:27 PM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 03:37 PM | Court began hearing argument on Rule 50(a) motions. |
| 04:24 PM | Court made rulings as set forth in the record. |
| 04:27 PM | Arguments concluded. |
| 04:27 PM | Completion of Rule 50(a) motions hearing. |
| 04:28 PM | Informal charge conference to be held in chambers (off the record) following recess. |
| 04:29 PM | Formal charge conference will be conducted at 8:00 AM tomorrow. |
| 04:29 PM | Recess. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:29 PM | Court adjourned. |