## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| THE CHAMBERLAIN GROUP LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:21-CV-00084-JRG |
| | § | |
| OVERHEAD DOOR CORPORATION, et al | § | |

### MINUTES FOR JURY TRIAL DAY NO. 5
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
**January 27, 2023**

**OPEN:  08:12 AM**                              **ADJOURN:    04:22 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Katie Albanese<br>Harris Huguenard<br>Patrick Clark |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:12 AM | Court opened. |
| 08:13 AM | Exhibits used prior day read into the record. |
| 08:14 AM | Yesterday, Court heard Rule 50(a) motions, ruled thereon, and held informal charge conference in chambers (off the record). |
| 08:17 AM | Formal charge conference started. |
| 08:17 AM | Mr. Elacqua argued for the Plaintiff and Mr. Davis argued for the Defendants. |
| 08:27 AM | Formal charge conference completed. |
| 08:28 AM | Recess. |
| 08:41 AM | Court reconvened. |
| 08:43 AM | Jury entered the courtroom. |
| 08:43 AM | Court provided instructions to Jury. |
| 09:57 AM | Closing argument by Plaintiff's counsel, Mr. Cordell. |
| 10:20 AM | Closing argument by Defendants' counsel, Mr. Callahan. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:00 AM | Final closing argument by Plaintiff's counsel, Mr. Cordell. |
| 11:18 AM | Closing arguments concluded. |
| 11:18 AM | Court gave final instructions to the Jury. |
| 11:23 AM | Jury retired to jury room to deliberate. |
| 11:24 AM | Court recessed. |
| 12:08 PM | Court reconvened. |
| 12:08 PM | Court informed counsel of a Jury note received by the Court. |
| 12:09 PM | Discussion with counsel. |
| 12:14 PM | Court read into the record the response to Jury Note No. 1. |
| 12:15 PM | Court instructed CSO to hand-deliver response to Jury. |
| 12:16 PM | Recess. |
| 03:00 PM | Court reconvened. |
| 03:00 PM | Court informed counsel of a Jury note received by the Court. |
| 03:01 PM | Court read into the record the response to Jury Note No. 2. |
| 03:01 PM | Discussion with counsel. |
| 03:01 PM | Court instructed CSO to hand-deliver response to Jury. |
| 03:02 PM | Recess. |
| 04:11 PM | Court reconvened. |
| 04:11 PM | Court informed counsel of a Jury note received by the Court. |
| 04:12 PM | Jury entered the courtroom. |
| 04:14 PM | Court announced the verdict into the record. |
| 04:17 PM | Jurors polled representing a unanimous verdict. |
| 04:18 PM | Jurors released and excused by the Court. |
| 04:22 PM | Court adjourned. |